```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

```
JOHN W. FRYER,              :    NO. 1:11-CV-00606
     Plaintiff,             :
                            :
          v.                :    ORDER
                            :
CITIFINANCIAL, INC.,        :
et al.,                     :
                            :
     Defendants.            :
```

This matter is before the Court on the Magistrate Judge's February 23, 2012, Report and Recommendation (doc. 27). In her Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings (docs. 13 & 20) be granted, that Plaintiff's complaint be dismissed with prejudice, and that this matter be closed (doc. 27).

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS it in all respects (doc. 27), GRANTS Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings (docs. 13 & 20), DISMISSES WITH PREJUDICE Plaintiff's

complaint, and CLOSES this matter.

                               SO ORDERED.

Dated: April 3, 2012        /s/ S. Arthur Spiegel
                                    S. Arthur Spiegel
                                    United States Senior District Judge